```
             IN THE UNITED STATES DISTRICT COURT FOR THE
                     MIDDLE DISTRICT OF ALABAMA
                          NORTHERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )         2:03CR242-S
                                )
      v.                        )
                                )
MARGULIS ENTERPRISES, INC.,     )         ORDER
d/b/a COVENANT MEDICAL          )
SUPPLIES; FRANCIS W. MARGULIS   )
a/k/a FRANK MARGULIS; LINDA P.  )
MARGULIS; CHERRY CONNER;        )
JONATHAN THOMAS; and ERICA      )
THOMAS,                         )
                                )
              Defendants.       )
_____)
```

This matter is before the Court on plaintiff's motion for leave to dismiss indictment (Filing No. 245) as to defendants Jonathan Thomas and Erica Thomas.  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion for leave to dismiss indictment as to the defendants Jonathan Thomas and Erica Thomas is granted.  The indictment is dismissed as to these defendants only.

DATED this 9th day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court